NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RUSHAWN COOPER,                    )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D16-2750
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
                                   )
_____    )

Opinion filed February 7, 2018.

Appeal from the Circuit Court for Polk
County; Jalal Harb, Judge.

Howard L. Dimmig, II, Public Defender, and
Tim Bower Rodriguez, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cornelius C. Demps,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

          Affirmed.

VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.